HUMBERTO SAN LUCAS et al., Appellants, *v.* BORNN & Co., et al., Defendants, and CARLOS A. BORNN, Respondent.

*San Lucas* v. *Bornn & Co.*, 173 App. Div. 703, affirmed.
(Submitted January 31, 1919; decided February 25, 1919.)

APPEAL from a judgment, entered April 11, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in so far as it was against the defendant, respondent, and directing a dismissal of the complaint as to him. The action was brought to recover the value of certain hats delivered by the plaintiffs to Bornn & Co., a domestic corporation, and for an accounting. The answer denied the material allegations of the complaint and set up as an affirmative defense that the cause of action stated did not accrue within six years before the commencement of the action.

*Abraham Rosenstein* and *Jacob Friedman* for appellants.
*Frederick C. McLaughlin* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.